**30**

Helmut ZEDLICH, Appellant,

v.

Michael Dean CARTY, Respondent.

WD No. 47712.

Missouri Court of Appeals,
Western District.

Nov. 9, 1993.

William L. Carr, Gould & Thompson, Kansas City, for appellant.

Craig A. Strayer, Strayer & Mirabile, Kansas City, for respondent.

Before HANNA, P.J., and
LOWENSTEIN and FENNER, JJ.

ORDER

PER CURIAM:

Appellant Zedlich, plaintiff in a negligence action, appeals the judgment in favor of the defendant Carty in Zedlich's suit for property damage, and on Carty's counter-claim for property damage.

The judgment is affirmed.  **Rule 84.16(b).**